**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 256 EAL 2019

         Respondent                :

                                 :   Petition for Allowance of Appeal

                                 :   from the Order of the Superior Court

         v.                   :

                                 :

ABDUL POWELL,                :

                                 :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.